```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                        CASE NO. 06 B 16308
    MARY J NASTASOWSKI
                                              CHAPTER 13

                                              JUDGE: JOHN H SQUIRES

        Debtor
    SSN XXX-XX-0179


------------------------------------------------------------------------------
                   TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------------
     Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

    1.  The case was filed on 12/11/06 and confirmed on 03/23/07.

    2.  The case was dismissed after confirmation, 05/16/2008.

    3.  The Debtor paid a total of $  13249.00 .

    4.  The Trustee made disbursements to creditors as follows:

------------------------------------------------------------------------------
CREDITOR NAME            CLASS            CLAIM AMOUNT     INTEREST      PRINCIPAL
                                                              PAID           PAID
------------------------------------------------------------------------------
WASHINGTON MUTUAL BANK   CURRENT MORTG          .00            .00            .00
WASHINGTON MUTUAL BANK   MORTGAGE ARRE      1812.15            .00        1812.15
PGL & CC EMPLOYEES       SECURED            4835.11            .00        2225.75
ILLINOIS DEPT REVENUE    PRIORITY         NOT FILED            .00            .00
CAPITAL ONE BANK         UNSECURED           658.58          35.62         587.01
CERTEGY CHECK SERVICES I UNSECURED         NOT FILED            .00            .00
DUPAGE RADIOLOGY         UNSECURED         NOT FILED            .00            .00
RICHARD GROSSBERG        UNSECURED         NOT FILED            .00            .00
MIDLAND CREDIT MGMT      UNSECURED         NOT FILED            .00            .00
NICOR GAS                UNSECURED          1573.22          85.94        1402.25
RETAILERS NATL BANK      UNSECURED         NOT FILED            .00            .00
SBC AMERITECH            UNSECURED         NOT FILED            .00            .00
COMPUTER CREDIT SERVICE  UNSECURED         NOT FILED            .00            .00
US CELLULAR              UNSECURED         NOT FILED            .00            .00
VILLAGE OF LOMBARD       UNSECURED           419.22          23.03         373.66
RESURGENT CAPITAL SERVIC UNSECURED          2755.45         126.28        2456.00
RESURGENT CAPITAL SERVIC UNSECURED           523.82          23.98         466.89
        Summary of disbursements:
------------------------------------------------------------------------------
                    SECURED     PRIORITY    UNSECURED       OTHER         TOTAL
------------------------------------------------------------------------------
TOTAL CLMS ALLOWED  6647.26          .00      5930.29         .00       12577.55
PRINCIPAL PAID      4037.90          .00      5285.81         .00        9323.71
INTEREST PAID           .00          .00       294.85         .00         294.85
TOTAL PAID          4037.90          .00      5580.66         .00        9618.56
The Debtor's attorney, ROBERT N HONIG            , was allowed $   3000.00
and was paid $   3000.00 .

The Trustee received $    630.44 .

Refunds to the Debtor totaled $       .00 .
```

Wherefore, the Trustee requests an order be entered discharging the Trustee and the surety on his bond from any further liability in this case.


Dated: 08/20/08                    /S/
                                   GLENN STEARNS
                                   CHAPTER 13 TRUSTEE